# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES JOSEPH BRIXIUS,** | 1:17-cv-00114-LJO-EPG |
| **Plaintiff,** | **ORDER DISMISSING PLAINTIFF'S COMPLAINT** |
| v. | |
| **AMERICAN TRANSFER CO., a California corporation; AMERICAN TRANSFER CO. PENSION PLAN,** | |
| **Defendants.** | |

On April 20, 2017, the Court dismissed Plaintiff's complaint, but granted 14 days leave to amend. Plaintiff did not file an amended complaint; therefore, Plaintiff's ERISA claim is dismissed with prejudice due to the deficiencies noted in the Court's April 20, 2017, order. (Doc. 13.)[1] All deadlines and hearings are VACATED, and the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:   **May 15, 2017**           /s/ Lawrence J. O'Neill
                                                 UNITED STATES CHIEF DISTRICT JUDGE

---

[1] This dismissal is without prejudice to any unpled state-law contract claims that may exist.

1